**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kelly J. Spetnagel |
| Debtor 2 (Spouse, if filing) | Joy L. Spetnagel |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 2:17-bk-55813 |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 9 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2019

**New total payment:** $ 1,104.94
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 366.50       New escrow payment: $ 392.58

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%
   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1  **Kelly J. Spetnagel**
　　　　　First Name　　Middle Name　　Last Name

Case number (*if known*) **2:17-bk-55813**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date  03/07/2019

Print:  **Molly Slutsky Simons**
　　　　First Name　　Middle Name　　Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  P.O. Box 476
　　　　　Number　　　Street

Loveland　　　　　　　　OH　　45140
City　　　　　　　　　　State　　ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   March 06, 2019

KELLY J SPETNAGEL  Loan:
JOY L SPETNAGEL
1149 MOSS HOLLOW RD          Property Address:
CHILLICOTHE OH  45601         1149 MOSS HOLLOW ROAD
                              CHILLICOTHE, OH  45601

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2018 to Mar 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 712.36 | 712.36 |
| Escrow Payment: | 366.50 | 392.58 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,078.86 | $1,104.94 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2019 |
| Escrow Balance: | 242.92 |
| Anticipated Pmts to Escrow: | 733.00 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $975.92 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,455.68 | (1,218.62) |
| Apr 2018 | 367.43 | | | | * | | 2,823.11 | (1,218.62) |
| May 2018 | 367.43 | 2,199.00 | 1,983.05 | 2,033.36 | * | Homeowners Policy | 1,207.49 | (1,052.98) |
| Jun 2018 | 367.43 | | | | * | | 1,574.92 | (1,052.98) |
| Jun 2018 | | | | 1,218.62 | * | County Tax | 1,574.92 | (2,271.60) |
| Jul 2018 | 367.43 | 366.50 | 1,207.49 | | * | County Tax | 734.86 | (1,905.10) |
| Jul 2018 | | 733.00 | | | * | Escrow Only Payment | 734.86 | (1,172.10) |
| Aug 2018 | 367.43 | 366.50 | | | * | | 1,102.29 | (805.60) |
| Sep 2018 | 367.43 | 366.50 | | | * | | 1,469.72 | (439.10) |
| Oct 2018 | 367.43 | 366.50 | | | * | | 1,837.15 | (72.60) |
| Nov 2018 | 367.43 | 366.50 | | | * | | 2,204.58 | 293.90 |
| Dec 2018 | 367.43 | 366.50 | | | * | | 2,572.01 | 660.40 |
| Jan 2019 | 367.43 | 366.50 | | | * | | 2,939.44 | 1,026.90 |
| Jan 2019 | | | | 1,150.48 | * | County Tax | 2,939.44 | (123.58) |
| Feb 2019 | 367.43 | 366.50 | 1,218.62 | | * | County Tax | 2,088.25 | 242.92 |
| Mar 2019 | 367.43 | | | | * | | 2,455.68 | 242.92 |
| | | | | | | Anticipated Transactions | 2,455.68 | 242.92 |
| Mar 2019 | | 733.00 | | | | | | 975.92 |
| | $4,409.16 | $6,597.00 | $4,409.16 | $4,402.46 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling $4,409.16. Under Federal law, your lowest monthly balance should not have exceeded $734.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                            Final
For Inquiries: (800) 603-0836

Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: March 06, 2019

KELLY J SPETNAGEL                                                                                   Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 975.92 | 2,518.24 |
| Apr 2019 | 366.87 |  |  | 1,342.79 | 2,885.11 |
| May 2019 | 366.87 | 2,033.36 | Homeowners Policy | (323.70) | 1,218.62 |
| Jun 2019 | 366.87 |  |  | 43.17 | 1,585.49 |
| Jul 2019 | 366.87 | 1,218.62 | County Tax | (808.58) | 733.74 |
| Aug 2019 | 366.87 |  |  | (441.71) | 1,100.61 |
| Sep 2019 | 366.87 |  |  | (74.84) | 1,467.48 |
| Oct 2019 | 366.87 |  |  | 292.03 | 1,834.35 |
| Nov 2019 | 366.87 |  |  | 658.90 | 2,201.22 |
| Dec 2019 | 366.87 |  |  | 1,025.77 | 2,568.09 |
| Jan 2020 | 366.87 |  |  | 1,392.64 | 2,934.96 |
| Feb 2020 | 366.87 | 1,150.48 | County Tax | 609.03 | 2,151.35 |
| Mar 2020 | 366.87 |  |  | 975.90 | 2,518.22 |
|  | $4,402.44 | $4,402.46 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $733.74. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $733.74 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $975.92. Your starting balance (escrow balance required) according to this analysis should be $2,518.24. This means you have a shortage of $1,542.32. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months.

We anticipate the total of your coming year bills to be $4,402.46. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 366.87 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 25.71 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $392.58 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,079.23 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 2:17-bk-55813 |
| Kelly J. Spetnagel<br>Joy L. Spetnagel | Chapter 13 |
| Debtor(s). | Judge Charles M. Caldwell |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on March 7, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on March 7, 2019 addressed to:

Kelly J. Spetnagel, Debtor
1149 Moss Hollow Road
Chillicothe, OH 45601

Joy L. Spetnagel, Debtor
1149 Moss Hollow Road
Chillicothe, OH 45601

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor